FILED
JUL 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ERNESTO RAMOS-AGRAMON,<br>Defendant. | Criminal Case No. 08CR2504-DMS<br>I N F O R M A T I O N<br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(iv) and (v)(II) - Inducing and Encouraging Illegal Aliens to Enter the United States and Aiding and Abetting |

The United States Attorney charges:

On or about July 15, 2008, within the Southern District of California, defendant ERNESTO RAMOS-AGRAMON, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Rosa Lopez-Hernandez, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

DATED: 7/29/08.

KAREN P. HEWITT
United States Attorney

CHARLOTTE E. KAISER for
Assistant U.S. Attorney

CEK:jam:San Diego
7/17/08