AO 455(Rev. 5/85) Waiver of Indictment

FILED

JUL 29 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

ERNESTO RAMOS-AGRAMON

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 2504- DMS

I, ERNESTO RAMOS-AGRAMON, the above named defendant, who is accused of committing the following offense:

Inducing and Encouraging Illegal Aliens to Enter and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II) (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7/29/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature: Ernesto Ramos Agramon]
Defendant

[signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER