✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number: 08cr2504-DMS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ERNESTO RAMOS-AGRAMON

**I am replacing Timothy R. Garrison as attorney of record on this case.

I certify that I am admitted to practice in this court.

8/6/2008
Date

/s/ KASHA K. POLLREISZ
Signature

Kasha K. Pollreisz-Federal Defenders of SD 204148
Print Name Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City State Zip Code

(619) 234-8467 (619) 687-2666
Phone Number Fax Number

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08CR2504-DMS |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| ERNESTO RAMOS-AGRAMON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA 92101

Dated: August 6, 2008

*/s/ Kasha K. Pollreisz*

KASHA K. POLLREISZ
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
kasha_pollreisz@fd.org